IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 21 2014
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:14cr72 HSO-JCG

PEDRO VASQUEZ-QUINTERO  42 U.S.C. § 408(a)(7)(B)

**The Grand Jury charges:**

On or about September 21, 2013, in Harrison County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **PEDRO VASQUEZ-QUINTERO**, to obtain something of value from a Toyota Dealership, with intent to deceive and obtain money, did falsely represent as his own a social security account number assigned to another person, in violation of Section 408(a)(7)(B), Title 42, United States Code.

GREGORY K. DAVIS
United States Attorney

A TRUE BILL: _____

s/signature redacted
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 21st day of October, 2014.

UNITED STATES MAGISTRATE JUDGE